

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2017

No. 04-17-00057-CV

**IN THE INTEREST OF K.A., A CHILD**,

From the County Court, Jim Wells County, Texas
Trial Court No. 14-09-53616-CV
Honorable Michael Ventura Garcia, Judge Presiding

## C O R R E C T E D   O R D E R

This order replaces the order issued by this court on February 14, 2017.

This is an accelerated appeal pursuant to section 263.405 of the Texas Family Code. On February 2, 2017, appellant filed a notice of appeal stating her intent to appeal from the trial court's judgment terminating her parental rights. The notice of appeal recites that appellant is presumed indigent and may proceed without paying costs under Rule 20.1.

The clerk's record was due February 13, 2017. On February 10, 2017, the trial court clerk filed a notification of late clerk's record stating that appellant is not entitled to appeal without paying the fee and appellant has failed to pay the fee for preparing the record. However, pursuant to Texas Rule of Appellate Procedure 20.1(a)(3), in "a suit filed by a governmental entity in which termination of the parent-child relationship or managing conservatorship is requested, a parent determined by the trial court to be indigent is presumed to remain indigent for the duration of the suit and any subsequent appeal, as provided by section 107.013 of the Family Code, and may proceed without advance payment of costs." TEX. R. APP. P. 20.1(a)(3). It appears that appellant was found to be indigent in the trial court. Therefore, we ORDER the trial court clerk to file the clerk's record on or before **February 27, 2017**. **NO EXTENSIONS WILL BE GRANTED.**

We further note that the correct style of this appeal is *In the Interest of K.A., a Child*. All future documents filed in this appeal must bear the correct style. *See* TEX. R. APP. P. 9.8(b)(1)(A).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2017.



_____
Keith E. Hottle
Clerk of Court